# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY NEILSON,<br><br>          Plaintiff(s),<br><br>v.<br><br>CTRENDS INC.,<br><br>          Defendant(s). | Case No. 2:22-cv-00869-JAD-NJK<br><br>**Order**<br><br>[Docket No. 10] |

Pending before the Court is the parties' proposed discovery plan, Docket No. 10, which is **DENIED** without prejudice.

First, the discovery cutoff is measured from the date of the Defendant's first appearance, Local Rule 26-1(b)(1), but the proposed discovery plan seeks to measure the discovery period from the date Defendant's motion to dismiss is decided.

Second, the discovery plan must include calendar dates to be used as potential deadlines, *e.g.*, *id.*, but the proposed discovery plan includes floating deadlines that are not specified as calendar dates.

Third, the deadline for initial disclosures is generally 14 days after the Rule 26(f) conference, Fed. R. Civ. P. 26(a)(1)(C), but the proposed discovery plan seeks to extend that deadline to 30 days from the resolution of the motion to dismiss.

Fourth, as of more than two years ago, the local rules no longer require the filing of an interim status report, but the proposed discovery plan seeks to set a deadline for filing one.

Fifth, the provisions in the local rules governing extensions of deadlines in a scheduling order are now found at Local Rule 26-3, but the proposed discovery plan cites to Local Rule 26-4.

Sixth, a request to extend deadlines set in the scheduling order must be filed at least 21 days before the subject deadlines for which extension is sought.  Local Rule 26-3.  For example, a deadline to extend the expert disclosure deadline must be filed at least 21 days before the expiration

of that deadline, and a request to extend the expert disclosure deadline filed 21 days before the discovery cutoff would be untimely.  Nonetheless, the proposed discovery plan indicates wrongly that any request to extend may be filed up to 21 days prior to the discovery cutoff.

Accordingly, the proposed discovery plan is **DENIED** without prejudice.  Counsel must familiarize themselves with the local rules.  An amended discovery plan that complies with the local rules must be filed by July 7, 2022.

IT IS SO ORDERED.

Dated: July 5, 2022

Nancy J. Koppe
United States Magistrate Judge