Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com

*Attorneys for Defendant CTrends Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY NEILSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CTRENDS INC.; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00869-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 22 |

///

///

///

///

4882-2635-1424

It is hereby stipulated by and between Plaintiff Brittany Neilson and Defendant CTrends Inc., by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 2nd day of December 2022.   DATED this 2nd day of December 2022.

LAW OFFICE OF STEVEN H. BURKE LLC   SNELL & WILMER L.L.P.

By:   */s/ Steven H. Burke*   By: */s/ Paul Swenson Prior*
  Steven H. Burke, Esq. (NV Bar 14037)      Paul Swenson Prior, Esq. (NV Bar 9324)
  9205 W. Russell Road, Suite 240      3883 Howard Hughes Pkwy., Suite 1100
  Las Vegas, Nevada 89148      Las Vegas, Nevada 89169
  stevenburkelaw@gmail.com      sprior@swlaw.com
  *Attorneys for Brittany Neilson*      *Attorneys for CTrends Inc.*

### ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 6, 2022

4882-2635-1424